Certificate Number: 16339-PAE-DE-039930449

Bankruptcy Case Number: 20-12617



16339-PAE-DE-039930449

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2025, at 5:18 o'clock PM EDT, Monica Schwartz completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 31, 2025          By:  /s/Kelley Tipton

                                              Name:  Kelley Tipton

                                              Title:  Certified Financial Counselor