United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12617-pmm |
| Monica J. Schwartz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 05, 2025 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monica J. Schwartz, 2350 E. Dauphin Street, Philadelphia, PA 19125-2924 |
| 14510571 | + | 2550, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 14510591 |   | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14510593 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 06 2025 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 06 2025 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14510573 | | Email/Text: bankruptcy@bbandt.com | Aug 06 2025 00:28:00 | BB&T, Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894 |
| 14514728 | + | Email/Text: bankruptcy@bbandt.com | Aug 06 2025 00:28:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14510572 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 06 2025 00:28:00 | Bank of America, 4909 Savarese Circle, FL1-908-01-50, Tampa, FL 33634-2413 |
| 14524651 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 06 2025 00:28:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14510581 | | Email/Text: megan.harper@phila.gov | Aug 06 2025 00:28:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14510582 | | Email/Text: megan.harper@phila.gov | Aug 06 2025 00:28:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14558726 | | Email/Text: megan.harper@phila.gov | Aug 06 2025 00:28:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14510574 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 06 2025 00:40:57 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14519257 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 06 2025 00:40:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14510576 | + | Email/Text: ecf@ccpclaw.com | Aug 06 2025 00:28:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14510578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2025 00:51:22 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, |

Case 20-12617-pmm    Doc 32    Filed 08/07/25    Entered 08/08/25 00:40:44    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14510579 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2025 00:41:02 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14510580 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2025 00:40:48 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14510583 | + | Email/Text: bankruptcy@philapark.org | Aug 06 2025 00:28:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14510584 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 06 2025 00:40:36 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14516551 | | Email/Text: mrdiscen@discover.com | Aug 06 2025 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14510585 | + | Email/Text: mrdiscen@discover.com | Aug 06 2025 00:28:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14510586 | | Email/Text: bankruptcycourts@equifax.com | Aug 06 2025 00:28:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14510587 | ^ | MEBN | Aug 06 2025 00:22:50 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14522398 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2025 00:40:36 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14510588 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2025 00:28:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14515791 | + | Email/Text: RASEBN@raslg.com | Aug 06 2025 00:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14528108 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2025 00:40:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519263 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2025 00:40:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14510589 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2025 00:40:57 | Merrick Bank/CardWorks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14510590 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 06 2025 00:40:47 | Ollo Card Services, Attn: Bankruptcy, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 14527002 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2025 00:40:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14510592 | + | Email/Text: bankruptcy@philapark.org | Aug 06 2025 00:28:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14510594 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2025 00:40:46 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14510595 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2025 00:40:47 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14525744 | + | Email/Text: bncmail@w-legal.com | Aug 06 2025 00:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14510597 | | Email/Text: DASPUBREC@transunion.com | Aug 06 2025 00:28:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14510596 | + | Email/Text: bncmail@w-legal.com | Aug 06 2025 00:28:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 35

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 05, 2025 | Form ID: 138OBJ | Total Noticed: 39 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14510575 | | Capital One Bank Usa N |
| 14510577 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025                              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Monica J. Schwartz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 138OBJ* (6/24)–doc 31 – 30

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Monica J. Schwartz ) Case No. 20−12617−pmm
   aka Monica Wazalis )
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 5, 2025

For The Court

Timothy B. McGrath
Clerk of Court